**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Abel Manuel Ledesma |
| Debtor 2 (Spouse, if filing) | Stephanie Ledesma |
| United States Bankruptcy Court for the: | Northern    District of   Illinois   (State) |
| Case number | 12-38859 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 9 8 0 9

**Property address:** 1312 Emington Ct.
Number      Street

Minooka          IL      60447
City             State    ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ____/____/_____
MM / DD / YYYY

■ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 13,692.16

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0

c. **Total**. Add lines a and b.    (c) $ 13,692.16

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    03 / 01 / 2015
MM / DD / YYYY

Debtor 1 ___Abel Manuel Ledesma_____   Case number (*if known*) __12-38859_____
         First Name   Middle Name      Last Name

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Heather M. Giannino_____      Date _12_/_14_/_2015___
   Signature

Print ___Heather M. Giannino_____      Title __Attorney at Law_____
      First Name      Middle Name      Last Name

Company ___Heavner, Beyers & Mihlar, LLC_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address ___P.O. Box 740_____
      Number         Street

___Decatur_____   IL      62525_____
City                      State    ZIP Code

Contact phone (_217__) _422__– _1719_____      Email __bankruptcy@hsbattys.com__

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN THE MATTER OF:                                                      Chapter 13

    Abel Manuel Ledesma &                             Case No.  12-38859
    Stephanie Ledesma,

        Debtor(s).

**CERTIFICATE OF SERVICE**

      I, the undersigned attorney, certify that I served a copy of the Response to Trustee's Notice of Final Cure Payment filed on December 14, 2015, upon the parties listed below, as to the Trustee and Debtors' attorneys via electronic notice on December 14, 2015, and as to the Debtors by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 14th day of December, 2015.

**Service by Mail:**

Abel Manuel Ledesma
1312 Emington Court
Minooka, IL 60447

Stephanie Ledesma
1312 Emington Court
Minooka, IL 60447

**Service by Electronic Notice through ECF:**

Nathan E. Curtis
Geraci Law L.L.C.
55 E. Monroe St., #3400
Chicago, IL 60603

Briana Czajka
Geraci Law L.L.C.
55 E. Monroe St., #3400
Chicago, IL 60603

Karolina L. Hollingsworth
Geraci Law L.L.C.
55 E. Monroe St., #3400
Chicago, IL 60603

Nathan Macht
Geraci Law L.L.C.
55 E. Monroe St., #3400
Chicago, IL 60603

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, IL 60532

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL  60604            By: _/s/ Heather M. Giannino_
                                  Heather M. Giannino of
                                Heavner, Beyers & Mihlar, LLC
                                One of its attorneys

HEATHER M. GIANNINO (#6299848)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719